UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elizabeth Krause

    v.

                                      Case No. 1:23-cv-00479-PB-TSM

US Social Security Administration, Acting Commissioner

## JUDGMENT

In accordance with the Endorsed Order by Judge Paul Barbadoro dated February 14, 2024, judgment is hereby entered.

                                      By the Court:

                                      /s/Tracy A. Uhrin
                                    Tracy A. Uhrin
                                    Chief Deputy Clerk

Date: February 14, 2024

cc: Counsel of Record